# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SOLOMON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:17-cv-01763-SAB<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

        Plaintiff Sharon Solomon ("Plaintiff") filed this action on December 27, 2017. On August 14, 2018, the parties filed a stipulation to extend time for Plaintiff to file her opening brief.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff shall file her opening brief on or before September 14, 2018;

    2.    Defendant shall file a response to Plaintiff's opening brief on or before October 15, 2018; and

    3.    Plaintiff's reply, if any, shall be filed on or before October 30, 2018.

IT IS SO ORDERED.

Dated:   **August 17, 2018**

                                    UNITED STATES MAGISTRATE JUDGE