UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SOLOMON,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:17-cv-01763-SAB<br><br>ORDER RE STIPULATION FURTHER EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 15) |

On September 11, 2018, the parties filed a stipulation for a second extension of time to file an opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before September 24, 2018;
2. Defendant's responsive pleading shall be filed on or before October 9, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before October 23, 2018.

IT IS SO ORDERED.

Dated: **September 12, 2018**

UNITED STATES MAGISTRATE JUDGE