# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SOLOMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01763-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION TO MOTION FOR ATTORNEY FEES<br><br>TEN DAY DEADLINE |

On December 27, 2017, Sharon Solomon ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Defendant") denying her application for disability benefits. On December 6, 2018, an order issued granting Plaintiff's Social Security appeal and judgment was entered in favor of Plaintiff. On March 4, 2019, a motion for attorney fees was filed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to the motion for attorney fees within ten (10) days of the date of entry of this order; and

2. Plaintiff's reply, if any, shall be filed within seven (7) days of the filing of an opposition.

IT IS SO ORDERED.

Dated: **March 19, 2019**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1